O

FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　)<br>　　　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>Michael Pharis,　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　)<br>_____) | Case No.: CR 09-1004-GW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　　(✓)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on alleged possession of unauthorized devices, violation

1 | of terms of his travel, was untruthful about law
2 | enforcement contact

4 | (and)/or
5 | B. (✓) The defendant has not met (his)/her burden of establishing by
6 | clear and convincing evidence that (he)/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: untruthful about law enforcement contact, seriousness
10 | of violation allegations, earlier supervised release violations,
11 | history of similar criminal convictions

14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.

17 | Dated: Jan. 17, 2023                    /s/ Jean Rosenbluth
                                              JEAN ROSENBLUTH
18                                            U.S. MAGISTRATE JUDGE